# CASE ANNOUNCEMENTS

*April 18, 2013*

[Cite as *04/18/2013 Case Announcements*, 2013-Ohio-1536.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented a motion for leave to file five notices of appeals.

It is ordered by the court that the motion for leave to file notices of appeals is denied.

**2012–1600. Mann v. Northgate Investors, L.L.C.**
Franklin App. No. 11AP–684, 2012-Ohio-2871. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Franklin County.

Upon consideration of the motion of appellee Lauren J. Mann and amicus curiae the Ohio Association for Justice for divided oral-argument time scheduled for Wednesday, April 24, 2013, it is ordered by the court that the motion is granted and amicus curiae shall share the time allotted to appellee.

**2012–1644. State v. Jackson.**
Trumbull C.P. No. 01–CR–794. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Trumbull County.

Upon consideration of appellant's motion for stay of execution scheduled for August 15, 2013, it is ordered by the court that the motion is granted pending final disposition of his direct appeal.

## DISCIPLINARY CASES

**2012–1700. Disciplinary Counsel v. Mecklenborg.**
On October 9, 2012, the Board of Commissioners on Grievances and Discipline filed a final report in the office of the clerk of this court pursuant to BCGD Proc.Reg. 11(D), in which the board accepted the agreement entered into by relator, disciplinary counsel, and respondent, Robert Paul Mecklenborg. The agreement set forth the misconduct and the agreed recommended sanction of a public reprimand. The board recommended that the agreement be accepted. The court, sua sponte, issued an order waiving the issuance of a show-cause order, and this matter was submitted to the court on the report and record filed by the board.

It is hereby ordered by the court, sua sponte, that the recommended sanction is rejected. It is further ordered that pursuant to Gov.Bar R. V(8)(D), this cause is remanded to the Board of Commissioners on Grievances and Discipline for further proceedings, including consideration of a more severe sanction. Proceedings before this court in this case are stayed until further order of this court. Costs to abide final determination of the case.

## MISCELLANEOUS DISMISSALS

**2012–0975. State ex rel. Howell v. Indus. Comm.**
Franklin App. No. 11AP–370, 2012-Ohio-2040. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.